IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTIN RIVERA,                           No. C-11-02103 TEH (PR)

        Plaintiff,

   v.                                      ORDER OF DISMISSAL

SIX UNKNOWN NAMES AGENTS, et al.

        Defendant(s).

_____/

        On April 25, 2011, Plaintiff, at the time a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. More than thirty days have passed, and Plaintiff has neither paid the filing fee, filed an IFP application, nor explained his failure

to do so.  Accordingly, this case is DISMISSED without prejudice.
<u>See</u> Fed. R. Civ. P. 41(b).

       The Clerk shall enter judgment and close the file.

       IT IS SO ORDERED.

DATED     07/13/2011 

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Rivera-11-02103-dismissal-ifp.wpd

2